UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **LINDSAY BUCKLEY**<br>Plaintiff,<br><br>v.<br><br>**PENN CREDIT CORP.**<br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:13-cv-12846-FDS |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Lindsay Buckley ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated:  January 24, 2013

RESPECTFULLY SUBMITTED:

/s/ Kevin V. K. Crick
Kevin V. K. Crick, Esq.
Consumer Rights Law Firm, PLLC
231 Sutton St., Suite 1A
North Andover, MA 01845
Phone: (978) 420-4747
Fax: (978) 409-1846
Email:  kevinc@consumerlawfirmcenter.com
Attorney for Plaintiff

**PROOF OF SERVICE**

   I hereby certify that on January 24, 2014, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email.  Parties may access this filing through the court's system.

                  /s/ Kevin V. K. Crick, Esq.